UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation; and SWINERTON INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 3:12-cv-04350-SC<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>**IT IS SO ORDERED AS MODIFIED** |

The undersigned parties, through their respective counsel, hereby stipulate as follows and request that the Court enter this Stipulation and Order continuing the Case Management Conference to a later date:

(1) The currently scheduled March 22, 2013, Case Management Conference was set by Order entered January 2, 2013, prior to service of this action upon Defendants American Home Assurance Company ("American Home") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union");

(2) Upon plaintiffs' motion, a Clerk's Notice of Default entered against American Home and National Union on February 4, 2013;

1
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

(3) American Home and National Union moved on February 22, 2013, to have the Clerk's Notice of Default set aside;

(4) The parties have since agreed to stipulate to set aside the default, which stipulation is being filed contemporaneously herewith;

(5) The parties desire a continuation of the Case Management Conference to allow time for the defaults to be set aside and so that American Home and National Union may respond to the complaint.

| /s/ Joseph L. Oliva | /s/ Marc J. Derewetzky |
|---|---|
| Joseph L. Oliva, Esquire | Marc J. Derewetzky, Esquire |
| Oliva & Associates, ALC | Trenk DiPasquale Della Fera & Sodono, P.C. |
| 11770 Bernardo Plaza Court, Suite 350 | 1300 Clay Street, Suite 600 |
| San Diego, CA  92128 | Oakland, CA  94612 |
| *Attorney for Plaintiffs, Swinerton Builders and Swinerton Incorporated* | *Attorneys for Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA* |

Case Management Conference is scheduled for Friday, 05/24/2013, at 10:00 a.m.  Parties shall file a joint case management statement at least seven days prior to the hearing.

GOOD CAUSE APPEARING, IT IS SO ORDERED

03/04/2013

_____
Honorable
United S



IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE