UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINERTON BUILDERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, et al. <br><br> Defendants. | Civil Action No.: 3:12-cv-04350 (SC) <br><br> **STIPULATION AND ORDER TO VACATE DEFAULT** |

The undersigned parties, through their respective counsel, hereby stipulate as follows and request that the Court enter the Stipulation as an Order, vacating plaintiffs' request to enter default judgment:

(1) On February 1, 2013, plaintiffs filed a request to enter default judgment against defendants American Home Assurance Company ("American Home") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

(2) On February 22, 2013, American Home and National Union moved to set aside the defaults.

(3) Because the parties desire to (i) minimize fees and expenses in this action and (ii) reduce the burdens placed on the Court by additional and unnecessary motion practice respecting the propriety of the default, plaintiffs and defendants hereby stipulate that the plaintiffs' request to enter default judgment against American Home and National Union may and should be vacated by this Court.

TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.

- 1 -

STIPULATION AND ORDER TO VACATE DEFAULT

(4) Upon entry of an Order on this stipulation, American Home and National Union shall withdraw their motion to set aside the defaults.

(5) Defendants American Home and National Union shall have 21 days from the date of this Order within which to respond to plaintiffs' complaint.

/s/ Joseph L. Oliva
Joseph L. Oliva, Esquire
Oliva & Associates, ALC
11770 Bernardo Plaza Court, Suite 350
San Diego, CA 92128

*Attorney for Plaintiffs, Swinerton Builders and Swinerton Incorporated*

/s/ Marc J. Derewetzky
Marc J. Derewetzky, Esquire
Trenk DiPasquale Della Fera & Sodono, P.C.
1300 Clay Street, Suite 600
Oakland, CA 94612

*Attorney for Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

03/04/2013

GOOD CAUSE APPEARING, IT IS SO ORDERED.



_____
Honorable Judge Samuel Conti