MARC J. DEREWETZKY (No. 130944)
mderewetzky@trenklawfirm.com
THOMAS HOLDEN (No. 130277)
tholden@trenklawfirm.com
TRENK, DiPASQUALE, DELLA
FERA & SODONO, P.C.
1939 Harrison Street, Suite 711
Oakland, CA 94612
Telephone: 510.891.8687
Facsimile: 510.891.8627

Attorney for Defendants
AMERICAN HOME ASSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINERTON BUILDERS, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY, et al.<br><br>   Defendants. | Civil Action No.: 3:12-cv-04350 (SC)<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT PLAN AND TO EXTEND TIME TO RESPOND TO COMPLINT**<br><br>**IT IS SO ORDERED AS MODIFIED** |

  The undersigned parties, through their respective counsel, hereby stipulate as follows:

  (1) In the Stipulation And Order To Vacate Default (filed March 1, 2013), the parties agreed that plaintiffs' request for default judgment against American Home and National Union may and should be vacated by the Court, and that American Home and National Union shall have 21 days from the date of the Order on that stipulation within which to respond to plaintiffs' complaint. That Order was entered on March 4, 2013.

  (2) Under the Stipulation And Order To Vacate Default, defendants American Home and National Union's response to plaintiffs' complaint was due on or before March 25, 2013.

  (3) By subsequent stipulations, the parties agreed that defendants American Home and National Union shall respond to plaintiffs' complaint on or before May 6, 2013.

  (4) In order to conserve the parties' resources and potentially to avoid additional burdens on the Court, the parties hereby agree to extend the May 6, 2013 deadline another two

weeks, to and including May 20, 2013.

(5) Pursuant to the Clerk's Notice Rescheduling Hearing, entered on April 30, 2013, the Case Management Conference previously set for May 24, 2013 has been rescheduled for May 31, 2013.

(6) Counsel for plaintiff has a trial scheduled in another case on May 31, 2013, which conflicts with the rescheduled Case Management Conference. As such, the parties hereby stipulate and agree that the Case Management Conference in this matter should be continued until June ~~7~~ 14, 2013 or such other date as is convenient for the Court.

_____
Joseph L. Oliva, Esquire
Oliva & Associates, ALC
11770 Bernardo Plaza Court, Suite 350
San Diego, CA 92128

*Attorney for Plaintiffs, Swinerton Builders and Swinerton Incorporated*

_____
~~Marc J. Derewetzky, Esquire~~ THOMAS HOLDEN
Trenk DiPasquale Della Fera & Sodono, P.C.
1939 Harrison Street, Suite 711
Oakland, CA 94612

*Attorney for Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
05/06/2013
IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.

- 2 -