UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation; and SWINERTON INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 3:12-cv-04350-SC<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The undersigned parties, through their respective counsel, hereby stipulate as follows and request that the Court enter this Stipulation and Order continuing the Case Management Conference to a later date:

(1) The currently scheduled June 14, 2013 Case Management Conference was set by Order entered May 6, 2013 (Document 30), prior to the filing and service of responsive pleadings by Defendants American Home Assurance Company ("American Home") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") (collectively "Defendants");

(2) On or about May 28, 2013, Defendants filed a Notice of Motion and Motion to Dismiss (FRCP 12(b)(6)) and alternative Motion to Compel Arbitration (9USC 3, 4).

(3) The parties desire a continuation of the Case Management Conference to allow time

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

for the Court to rule on Defendants' Motion to Dismiss prior to the parties and the Court expending time and resources. As such, the parties hereby stipulate to a continuance of the Case Management Conference to a date convenient for the Court.

/s/ Joseph L. Oliva
Joseph L. Oliva, Esquire
Oliva & Associates, ALC
11770 Bernardo Plaza Court, Suite 350
San Diego, CA 92128
*Attorney for Plaintiffs, Swinerton Builders and Swinerton Incorporated*

/s/ Marc J. Derewetzky
Marc J. Derewetzky, Esquire
Trenk DiPasquale Della Fera & Sodono, P.C.
1300 Clay Street, Suite 600
Oakland, CA 94612
*Attorneys for Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

**GOOD CAUSE APPEARING, IT IS SO ORDERED**

The case management conference is continued to Friday, September 13, 2013, at 10:00 a.m.

_[signature]_ 06/05/2013

Honorable Samuel Conti
United States District Court Judge

OLIVA & ASSOCIATES ALC
Joseph L. Oliva, Esq., State Bar No. 113889
Charles L. Fanning IV, Esq., State Bar No. 248704
11770 Bernardo Plaza Court, Suite 350
San Diego, California 92128
Telephone:  (858) 385-0491
Facsimile:  (858) 385-0499
Email: joliva@olivalaw.com
Email: cfanning@olivalaw.com

Attorneys for Plaintiffs
SWINERTON BUILDERS and
SWINERTON INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation; and SWINERTON INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO. cv 12-04350 SC<br><br>PROOF OF SERVICE |

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 11770 Bernardo Plaza Court, Suite 350, San Diego, California 92128.

On June 4, 2013, I caused the following document(s) described as:

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

/ / /

/ / /

/ / /

1

to be served on the interested parties in this action as follows:

| | |
|---|---|
| Marc J. Derewetzky<br>mjd@trenklawfirm.com<br>Thomas Holden<br>tholden@trenklawfirm.com<br>TRENK, DIPASQUALE, DELLA, FERA &<br>SODONO, P.C.<br>1939 Harrison Street, Suite 711<br>Oakland, CA 94612<br>Telephone: 510-891-8687<br>Facsimile: 510-891-8627 | Counsel for Defendants,<br>AMERICAN HOME ASSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. |

☒ BY CM/ECF: I caused such document(s) to be served electronically pursuant to the United States Bankruptcy Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2013 at San Diego, California.

Rosa Nichols

2
CASE NO. C 12-04350 SC
PROOF OF SERVICE