IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SWINERTON BUILDERS and SWINERTON INCORPORATED,

    Plaintiff,

v.

AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1-250, inclusive,

    Defendants.

Case No. C 12-4350 SC

ORDER OF REFERRAL

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Edward Chen to consider whether it is related to Swinerton Builders v. American Home Assurance Co., Case No. 12-cv-06047 EMC.

IT IS SO ORDERED.

Dated: July 18, 2013

_____
UNITED STATES DISTRICT JUDGE