IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINERTON BUILDERS and SWINERTON INCORPORATED,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1-250, inclusive,<br><br>  Defendants. | Case No. C 12-4350 SC<br><br>ORDER OF REFERRAL |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Edward Chen to consider whether it is related to Swinerton Builders v. American Home Assurance Co., Case No. 12-cv-06047 EMC.

IT IS SO ORDERED.

Dated: July 18, 2013

_____
UNITED STATES DISTRICT JUDGE