UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SWINERTON BUILDERS, a California corporation; and SWINERTON INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 3:12-04350-SC<br><br>STIPULATION AND ORDER OF DISMISSAL |

The undersigned parties, through their respective counsel, hereby stipulate the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as follows:

(1) On July 23, 2013, the Court (1) granted Defendants' motion to dismiss Plaintiffs' breach of contract and breach of implied covenant claims to the degree that they are based on failure to settle the case on grounds of ripeness; and (2) granted Defendant's motion to stay this action pending the completion of arbitration of the dispute about the proper calculation of deductibles in accordance with the Letter of Understanding. (Document 43.)

(3) The parties have since resolved the deductible issue subject to arbitration as ordered by the Court on July 23, 2013. As such, the parties stipulate the above-captioned action be dismissed

with prejudice pursuant to FRCP 41(a)(1) with a waiver of fees and costs wherein each party will bear its own attorney's fees, costs, and expenses.

| /s/  Charles L. Fanning | s/  Marc J. Derewetzky |
|---|---|
| Joseph L. Oliva, Esquire | Marc J. Derewetzky, Esquire |
| Charles L. Fanning, Esquire | Trenk DiPasquale Della Fera & Sodono, P.C. |
| Oliva & Associates, ALC | 1300 Clay Street, Suite 600 |
| 11770 Bernardo Plaza Court, Suite 350 | Oakland, CA  94612 |
| San Diego, CA  92128 | *Attorneys for Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA* |
| *Attorney for Plaintiffs, Swinerton Builders and Swinerton Incorporated* | |

*****

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**



04/03/2014

_____
Honorable
United States District Judge

2
STIPULATION AND ORDER OF DISMISSAL